AO 243 (Rev. 01/15)    Case: 16-13260   Date Filed: 06/28/2016   Page: 5 of 16    Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **SOUTHERN DISTRICT, GA** |
|---|---|
| Name (under which you were convicted): **Nicholas Shuck** | Docket or Case No.: **CR 411-7** |
| Place of Confinement: **USP COLEMAN #2** | Prisoner No.: **06662-010** |
| UNITED STATES OF AMERICA   v. | Movant (include name under which convicted) **NICHOLAS SHUCK** |

**MOTION**    **CV416-211**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   **SOUTHERN DISTRICT OF GEORGIA, SAVANNAH DIVISION**

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): **NOVEMBER 10, 2011**
   (b) Date of sentencing: **NOVEMBER 10, 2011**

3. Length of sentence: **168 MONTHS**

4. Nature of crime (all counts): **BANK ROBBERY**

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _DENIED_____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:




   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____

   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

AO 243 (Rev. 01/15)  Case: 16-13260   Date Filed: 06/28/2016   Page: 7 of 16   Page 4

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐  No ☒
    (7) Result: _____
    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:




    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐  No ☒
    (7) Result: _____
    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:   Yes ☐  No ☐
    (2) Second petition:  Yes ☐  No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:



12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)　　Case: 16-13260　Date Filed: 06/28/2016　Page: 8 of 16　　　　Page 5

**GROUND ONE:** THE GOVERNMEN ERRED IN USING CRIMES THAT ARE NO LONGER CONSIDERED VIOLENT TO ENHANCE ME

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THE GOVERNMENT HAS RULED THAT THE ARMED CARRER CRIMINAL ENHANCEMENT IS UNCONSTITUTIONALLY VAGUE, AND IS CURRENTLY GIVING RELIEF TO INDIVIDUALS WHO ACTUALLY POSSESSED FIREARMS DURING THE COMISSION OF A CRIME. IF THOSE INDIVIDUALS ARE NO LONGER BEING ENHANCED THEN SURELY ENHANCING INDIVIDUALS WHO NEVER POSSESSED, ONLY THREATENNED TO USE A FIREARM SHOULD NOT BE ENHANCED FOR THOSE CRIMES. CASE IN POINT - UNITED STATES VS. JOHNSON. ALSO, AGGRAVATED ASSAULT (16-5-21) IS NO LONGER CONSIDERED A VIOLENT CRIME UNDER GEORGIA STATUTES. MY SENTANCE IS NOW UNCONSTITUTIONAL.

(b) **Direct Appeal of Ground One:**

　(1) If you appealed from the judgment of conviction, did you raise this issue?
　　Yes ☐　No ☒

　(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

　(1) Did you raise this issue in any post-conviction motion, petition, or application?
　　Yes ☐　No ☒

　(2) If you answer to Question (c)(1) is "Yes," state:

　Type of motion or petition: _____

　Name and location of the court where the motion or petition was filed:

　_____

　Docket or case number (if you know): _____
　Date of the court's decision: _____

　Result (attach a copy of the court's opinion or order, if available):

　_____

　(3) Did you receive a hearing on your motion, petition, or application?
　　Yes ☐　No ☒
　(4) Did you appeal from the denial of your motion, petition, or application?
　　Yes ☐　No ☒
　(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
　　Yes ☐　No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: IT DID NOT EXIST UNTILL THE COURTS RULED ON UNITED STATES VS. JOHNSON, AND THE STATE OF GEORGIA CHANGED ITS STATUTES.

**GROUND TWO:** THE SENTANCING JUDGE DID NOT TAKE INTO ACCOUNT ANY MITIGATING FACTORS OR CIRCUMSTANCES SURROUNDING THE CRIME

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
THE TRANSCRIPTS OF MY SENTANCING HEARING WILL SHOW THAT I STATED MY REASON FOR MY CRIMES IS ADDICTON TO DRUGS, YET THE SENTACING JUDGE DID NOT EVEN RECCOMEND SUBSTANCE ABUSE TREATMENT WHEN HE COULD HAVE MADE IT A REQUIREMENT OF MY PRISON TERM. OBVIOUSLY HE WAS NOT PAYING ATTENTOIN

(b) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I INSTRUCTED MY ATTORNEY TO DO SO, BUT SHE DID NOT FOLLOW MY INSTRUCTIONS

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☐

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☐

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐   No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐   No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐   No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)     Case: 16-13260   Date Filed: 06/28/2016   Page: 13 of 16                    Page 10

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
GROUND 1 - THE US. VS. JOHNSON RULING HADNT HAPPENNED YET
GROUND 2 - I INSTRUCTED MY LAWYER TO DO SO IN THE DIRECT APPEAL, BUT SHE FAILED TO DO SO

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:

    Julie Wade - SAVANNAH GA

    (b) At the arraignment and plea:

    Julie Wade - SAVANNAH, GA

    (c) At the trial:

    N/A

    (d) At sentencing:

    Julie Wade - SAVANNAH, GA

    (e) On appeal:

    Julie Wade - SAVANNAH, GA

    (f) In any post-conviction proceeding:

    N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding:

    N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    BECAUSE THE GOVERNMENT JUST RULED ON THE US. VS. JOHNSON CASE, AND I ORIGIONALLY FILED MY MOTION WITHIN THE JUNE 26 DEADLINE FOR THAT CASE, BUT AT THE WRONG COURT. IT WAS SUBSEQUENTLY REJECTED AND I WAS INSTRUCTED TO FILE OVER AT THIS ADDRESS AND I DID SO IMMEDIATELY UPON RECEIVING THOSE INSTRUCTIONS

ENCLOSED WITH THIS MOTION IS A COPY OF THAT DENIAL LETTER

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: RESENTANCING WITHOUT THE CARREER VIOLENT OFFENDER ENHANCEMENT

or any other relief to which movant may be entitled.

_____N/A_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___7-5-16___
(month, date, year)

Executed (signed) on ___7-10-16___ (date)

_____Nicholas Shuck_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-13260-J
_____

IN RE: NICHOLAS BRIAN SHUCK,

                                                                      Petitioner.

_____

Application for Leave to File a Second or Successive
Motion to Vacate, Set Aside,
or Correct Sentence, 28 U.S.C. § 2255(h)
_____

Before: MARCUS, MARTIN and JILL PRYOR, Circuit Judges.

B Y  T H E  P A N E L:

       Pursuant to 28 U.S.C. §§ 2255(h) and 2244(b)(3)(A), Nicholas Brian Shuck has filed an application seeking an order authorizing the district court to consider a second or successive motion to vacate, set aside, or correct his federal sentence, 28 U.S.C. § 2255. A federal prisoner who wishes to file a second or successive motion to vacate, set aside, or correct his sentence is required to move the court of appeals for an order authorizing the district court to consider such a motion. *See* 28 U.S.C. § 2255(h), *cross-referencing* 28 U.S.C. § 2244. Here, however, no such authorization is necessary.

       In his application, Shuck states that he has never filed a motion to vacate in any federal court. A search of district court records confirms this. Shuck does not require this Court's permission to file an initial § 2255 motion. Accordingly, his application is DENIED AS UNNECESSARY.

JILL PRYOR, Circuit Judge, concurring, in which MARTIN, Circuit Judge, joins:

I agree that Mr. Shuck does not need our permission to file a § 2255 motion. Because he did not file his application with the benefit of a lawyer's assistance, I write separately to explain his options in more detail. Section 2255 motions give prisoners a mechanism for addressing a sentence that is illegal. These motions must be filed in a district court rather than a court of appeals. The appropriate district court for Mr. Shuck's case is the United States District Court for the Southern District of Georgia in Savannah that sentenced him in 2011.

This month, Mr. Shuck mailed an application for leave to file a second or successive § 2255 motion to this Court in Atlanta, but this type of application is only required in cases where a petitioner has already filed a § 2255 motion and the district court has disposed of it properly. As the majority order says, Mr. Shuck has never filed a motion to vacate in any federal court. This means Mr. Shuck was not required to file the application he filed with this Court. In denying his application today, we are not denying Mr. Shuck permission to file a § 2255 motion. Rather, we are saying he does not need our permission to file a § 2255 motion.

If Mr. Shuck chooses to file a § 2255 motion in the district court, he should be aware that he may have very little time left to do so. Mr. Shuck's application indicates that he wishes to file a § 2255 motion based on *Johnson v. United States*, 135 S. Ct. 2551 (2015). The deadline to file § 2255 motions based on the *Johnson* case is June 26, 2016. If Mr. Shuck still plans to file a § 2255 motion based on *Johnson*, he should ensure that he files the motion with the district court in Savannah (at least by giving it to a prison official—the kind of official he gave his application to earlier in June—for filing) as soon as possible.

I have attached to this opinion a copy of the form that Mr. Shuck must use to file a § 2255 motion in the Southern District of Georgia in Savannah. The form can also be found

online at this address: http://www.uscourts.gov/forms/habeas-corpus-petitions/motion-vacateset-aside-sentence-motion-under-28-usc-ss-2255.

This is the mailing address for the district court in Savannah:

United States District Court for the Southern District of Georgia
P.O. Box 8286
Savannah, Georgia 31412

Nicholas Shuck
#06662-010
Federal Correctional Complex
USP Coleman #2
P.O. Box 1034
Coleman, FL.
33521

UNITED STATES
DISTRICT COURT
Southern District of Georgia
P.O. Box 8286
Savannah, GA
31412