AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

\

NICHOLAS BRIAN SHUCK,

    Movant,

        v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 416-211
                        CR 411-007

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on February 21, 2017, Nicholas Shuck's § 2255 motion is hereby DENIED; and this civil action is hereby CLOSED.

February 21, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk